STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. WILLIAM S. SUTHERLAND, SR., ET AL., PLAINTIFFS IN ERROR.

Argued May 5, 1940—Decided October 10, 1940.

For the defendant in error, *John Drewen.*

For the plaintiff in error, *J. Victor D'Aloia.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Porter in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, BODINE, PERSKIE, DEAR, WELLS, WOLFSKEIL, HAGUE, JJ.   9.

*For reversal*—HEHER, RAFFERTY, JJ.   2.